UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Henri Toussaint, et al,<br>      Plaintiff,<br><br>v.<br><br>Carlos Wanzeler,<br>      Defendant. | Civil Action No.<br>1:14-cv-13030-NMG |

ORDER OF DISMISSAL

    Gorton   D.J.

In accordance with the Defendant's motion to dismiss (dkt. no. 17), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    4/29/2016
      Date

By the Court,

/s/Stephanie Caruso
Deputy Clerk